JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE T.F., an individual, <br><br> Plaintiff, <br><br> v. <br><br> AIRBNB, INC., a Delaware corporation; LUIS ERNESTO HERNANDEZ, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01791-FLA (PVCx) <br><br> **ORDER APPROVING STIPULATION TO REMAND ACTION [DKT. 15]** |

On March 22, 2024, Plaintiff John Doe T.F. and Defendant Airbnb, Inc. filed a Stipulation to Remand Action ("Stipulation"). Dkt. 15. Based on Plaintiff's representation that he would not seek more than $75,000 from Defendants if the action is remanded, the parties agree the amount in controversy does not exceed $75,000 and that the court lacks subject matter jurisdiction. *Id.* at 2.

The court, having considered the parties' Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. The above-captioned matter is hereby remanded to the Superior Court of California, County of Los Angeles; and
2. The court's Order to Show Cause Why Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction, issued March 11, 2024 (Dkt. 12), is DISCHARGED.

IT IS SO ORDERED.

Dated: March 22, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge